

ORIGINAL

# UNITED STATE DISTRICT COURT
## For the Eastern District of NY



Sun-Ming Sheu
Ming-Chien Hsu                    Plaintiffs

ROSS, J.

                                        Case number
                Vs                      Jury trial demanded


Centex Home Equity
Part of the financial services group of Centex Corp.
Dallas, Texas.
                        Defendant        **Complaint**       BLOOM, M.J

---

## <u>JURISDICTION VENUE</u>

Plaintiffs bring this action Pursuant to
1. US Code Title 18 Chapter 47/1005
2. US Code Title 18 Chapter 47/1001
3. US Code Title 18,Chapter 79/1621
4. US Code Title 18 Chapter 47/1021,

     Plaintiffs,Ming-Chien Hsu & Sun-Ming Sheu

are brothers,living in Flushing,NY. We hired a mortgage

broker to refinance, while waiting for it to complete ,the crime

happened. NYS,Queens Criminal court has sentenced two of

the criminals, but Defendant and Defendant's employee still need

to responsible for unlawful wrongdoing and damages over $75,000.00.



RECEIVED
MAY 1 5 2006
PRO SE OFFICE

Defendant Centex Home Equity,Dallas,Texas, Part of the

financial services group of <u>Centex Corporation,</u>

doing business nationalwide,main office  in Dallas,Texas.

## FACTUAL BASIS FOR CMPLAINT

## Count 1

### Violation of  US Code Title 18,Chapter 47§ 1005
**False bank entries, bank reports, statement and transaction**
**"Whoever makes any false entry in any book, report, or statement of such bank,
company, branch, agency, or organization with intent to injure or defraud such
bank, company, branch, agency, or organization, or any other company, body
politic or corporate, or any individual person," Shall be fined not more than
$1,000,000 or imprisoned not more than 30 years, or both.**

1.        Defendant and defendant's loan officer,closing

officier, foreclosure manager, collection manager, counsel conspired and

committed mortgage fraud scheme to steal Plaintiff's property and

willfully, intentionally and knowingly, fraudulent conveyance Plaintiff's

property to a fake identity, a "straw buyer" Amy Cheng . After Plaintiffs

presented NYPD incident report and complaint about crime to

Defendant's head office and Counsel in NY ,Brooklyn, Defendant

willfully, intentionally and knowingly sweep this  crime under the rug ,

never notified the FBI or filded criminal complaint to any law

Enforcement, although Defendant also loss money because of

Defendant's loan officers, closing officers, counsel co-conspired with the

criminals, Defendant intentionally cover up this crime and

intentionally fraudulent conveyance, recorded Plaintiff's stolen property

Deed to the fake buyer in NY City Register to Amy

Cheng" in 1/10/2001, after crime happened 6 months. Then willfully,

intentionally and knowingly submitted false statement on affidavits to

apply "Non-Payment "Summary Judgment" in NYS Supreme court.


2.        Defendant's loan officier,counsel puts forth  a loan to a fake

identity "Amy Cheng" ,a/k/a Wang,Jin-Rong based on her false

identification and false statement on loan application documents, false

credit report, false W-2 form, false verification of employment, fake and

falsified full set mortgage related documents, Plaintiff Sun-Ming Sheu's

forged "Residential contract of sales" and Plaintiff Ming-Chien Hsu's

forged "Power attorney " and conpired and cover up all the

criminal behavior to steal Plaintiff's property in 45-14 158

Street,Flushing,NY 11358 at a phony closing conducted   in  5/23/2000

## Count 2

### Violation of US Code Title 18,Chapter 47, § 1001

Statement or entries generally
**1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;**
**(2) makes any materially false, fictitious, or fraudulent statement or representation;**
**or**
**(3) makes or uses any false writing or document knowing the same to contain any**
**materially false, fictitious, or fraudulent statement or entry;**
**shall be fined under this title or imprisoned not more than 5 years, or both.**

3.      Defendant's counsel  Yakov Bohensky knew  Wang,Jin Rong in the other closing, at  that closing, Defendant provided the other  loan to her, under her real name Wang,Jing-Rong . As part of conspiracy, Defendant's counsel Bohensky knowing "Amy Cheng" using a  fake identity and fake NY Driver license , still willfully, intentionally and knowingly endorsed the 5/23/2000phony closing and paid to Wang,Jin-Rong's husband and some other 3rd parties and kept some money for himself.

4.      As part of conspiracy, Defendant's counsel Bohensky willfully, intentionally and knowingly paid   criminal money to the following   3rd Parties

   Citi Mortgage $10,125.00
   Yuch Yeu Lin Weng $10,000.00
   Hua Jie Qiao$22,000.00(the fake identity buyer's husband)
   Midwest Financial $264.001.60.,Jeffrey Ruan $1000.00
   WRE abstract/Old Republic Title insurance $16,912.00

5       As part of conspiracy, Defendant's counsel Bohensky willfully,

intentionally and knowingly pretended paid to Plaintiff Ming-Chien

Hsu,but actually kept the money for himself. Check number # 2850

$4112.60. The check never been cashed by Ming-Chien Hsu at all


6       As part of  conspiracy, Defendant's consul Bohensky

willfully, intentionally and knowingly endorsed   the "straw buyer" Amy

Cheng, using   fake money order, fake official check, fake checks as

"legitimate payment" at the 5/23/2000 phony closing to steal Plaintiff's

Property..


7       As part of conspiracy,Defneent's counsel  Bohensky

willfully, intentionally and knowingly, fraudulent conveyance Plaintiff's

Deed to the fake identity "Amy Cheng" at 5/23/2000 phony closing and

Amy Cheng became the new owner of the property without paid any

Penny of down payment or any penny of real money at the phony

Closing.

## Count 3

## Violation of US Code Title 18,Chapter 47, § 1001

Statement or entries generally

**1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title or imprisoned not more than 5 years, or both.**

8        Defendant's closing officer ,counsel  unlawfully, willfully,

intentionally and knowingly false statement on HUD-1 Settlement

Statement, that required by Dept of Housing and Urban Development.

(A). There are no any $30,000.00 contract deposit, but Defendant and

Defendant's counsel false statement on settlement statement showing

that the fake buyer was making a down payment when in fact she was not

at all(item201/501).

(B) Make payments outside of closing  on the HUD-1, such as additional

fees paid to service providers,   payment to "Absolute Mortgage",

it  actually paid by kick back from the other 3rd parties.(item  805)

(C)      The "Place of Statement"(item H) was in

401 Broadway,NY,NY 10013,not in 2115 Avenue
O,Broklyn,NY 11210

## Count 4

## Violation of US code Titel 18,Chapter 79 § 1621.

**Perjury** (2.)in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section <u>1746</u> of title <u>28,</u> United States Code, willfully subscribes as true any material matter which he does not believe to be true;

9        Defendant's counsel  unlawfully, willfully, intentionally and

Knowingly, pejure to certify HUD-1 'Settlement statement "and the

5/23/2000 phony closing was a "legitimate closing"

on the "Settlement instruction", Closing  report.

    (A)   Fisrt  crime happened at 5/23/2000  phony closing,certified US Dept of Housing and Urban Develpoment HUD-1 Report and Closing report,total two reports. .

    (B)   Second  crime  happened at 1/10/2001,certified the fake deed as legitimate deed to record  Plaintiff's deed to the fake identityAmyCheng" in NY City Register..

    (C)   Third crime committee by Defendant to false statement on

       certified affidavits, statements to apply "summary judgment.

## Count 5

## Violation of US Code Title 18,Chapter 47, § 1001

### Statement or entries generally

1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
(2) makes any materially false, fictitious, or fraudulent statement or representation; or
(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;
shall be fined under this title or imprisoned not more than 5 years, or both.

10       After spotted the crime,Plaintiffs filed complaint to NYPD and NY Manhattan District Attorney, then visited Defendant's counsel Bahensky in his home office in Brooklyn, presented NYPD incident report to him and requested him to stop record Plaintiff's deed to the "fake identity", "straw buyer" "Amy Cheng",Bohensky promised he will file report to Defendant's head office and NYPD,NY Manhattan District Attorney, but he never did it at all.

Plaintiff also contact Defendant's head office with collection Manager, foreclosure manager and sent NYPD incident report to them, strongly refused to accept any criminal money as our mortgage payment or accept any kind "paid off "by criminal money and requested them to file Criminal complaint as soon as possible and get stolen money back from all 3rd parties, but they never did any thing to stop crime at all.

## Count 6

# Violation of US code title 18, chapter 47, § 1021.

**Title record**

Whoever, being an officer or other person authorized by any law of the United States to record a conveyance of real property or any other instrument which by such law may be recorded, knowingly certifies falsely that such conveyance or instrument has or has not been recorded, shall be fined under this title or imprisoned not more than five years, or both.

11      Defendant unlawfully, willfully, intentionally and knowingly did combine, conspire, confederate with Old Republic Title Insurance to fraudulent conveyance to record Plaintiff's deed to the fake identity "Amy Cheng" in NY City Register in 1/10/2001.Due to Defendant's wrongdoing, Plaintiff loss the property's deed since 5/23/2000 to 4/23/2006,cause for Plaintiff loss credit and normal life.

12      Due to Defendant's misrepresentation,misconduct and wrongding,Plaintiff was forced to accept a Double debt,a "Equitable mortgage" judgment up to about $450,000.00 on top of Plaintiff's debt with original lender and face foreclosure of the Property now.

## Count 7

## Violation of US Code 18,Section 1621

**Whoever, (1) having taken an oath before a competent tribunal, officer, or person, on any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed is true, willfully subscribes as true any material matter which he does not believe to be true; is guilty of perjury and shall... be fined no more than $2,000 or imprisoned not more than five years, or both.**

13      Defendant knowingly and intentionally false statement on

Affidavits to apply  "summary judgments" in NY Supreme court. The

phony closing happened in 5/23/2000 . It was a crime,a fraud,but

Defendant certified on affidavits as  a "non-payment" mortgage,

unlawfully, willfully, intentionally and knowingly filed false statement

on all documents that submitted to the court about material facts of

5/23/2000 phony closing.

# **RELIEF**

WHEREFORE, Plaintiffs, respectfully ask the Court to award judgment against Defendant:

1. Granting such further legal or equitable relief as the Court deems appropriate and just.

2. Awarding judgment against Defendant's unlawful wrongdoing, Compensatory damages $2,600,000.00 as to each and every cause of action.

3. Punitive damages $25,000,000.00

Plaintiffs

45-14 158 Street
Flushing, NY 11358
718-762-3619

5/15 2006.

Sun-Ming Sheu

Ming-Chien Hsu