*The application is denied as presenting no meritorious basis for recusal under 28 U.S.C. § 455.*

*So ordered.* [signature] 8/11/06

cc: plaintiffs
defense counsel

UNITED STATE DISTRICT COURT
For the Eastern District of NY

Sun-Ming Sheu
Ming-Chien Hsu                    Plaintiffs

                                            06-CV-02235
                Vs                          Notice of Motion to
                                            **Disqualification of Judge**
                                            Hon. Allyne R.Ross

Centex Home Equity
Part of the financial services group of Centex Corp.
Dallas, Texas.
                    Defendant

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 15 2006 ★
BROOKLYN OFFICE

PLEASE TAKE NOTICE that upon the annexed affirmation Plaintiffs

Sun-Ming Sheu,Ming-Chien Hsu,Affirmed 8/10/2006 and upon the

complaint herein,Plaintiff will move this Court, Hon.Allyne Ross U.S.D.J.in

United States Courthouse, Brooklyn, New York, 11201,on the 10 day of

August 2006 , for an order pursuant

to US Code **TITLE 28 > PART I > CHAPTER 5 > § 144**
   US   Code  **TITLE 28 > PART I > CHAPTER 21 > § 455**

and Federal Rules of Civil Procedure granting

Dated: Queens,. New York
Date: 8/10/2006
Sun-Ming Sheu
Ming-Chien Hsu
PLAINTIFFs PRO SE  *Sunming Sheu attorney in fact*
45-14 158 St
Flushing,NY 11358

AUG 10 2006
PRO SE OFFICE

(16)