UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
SUN-MING SHEU & MING-CHIEN HSU,  :   06-CV-2235 (ARR)(LB)

                 Plaintiffs,  :   NOT FOR
                                             :   ELECTRONIC OR PRINT
  -against-  :   PUBLICATION

CENTEX HOME EQUITY, Part of the Financial  :   OPINION AND ORDER
Services Group of Centex Corp.,

                 Defendant.  :
------------------------------------------------------------------- X

ROSS, United States District Judge:

By opinion and order dated April 23, 2007, the court granted defendant's motion to dismiss plaintiffs' complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Plaintiffs moved for reconsideration by letter dated April 24, 2007 and reconsideration was denied by order dated April 26, 2007. By letter dated April 28, 2007 and additional submission received on May 2, 2007, plaintiffs again move for reconsideration of the court's dismissal of their complaint. For the reasons given in the court's April 26, 2007 order, plaintiffs' motion for reconsideration is denied for failure to satisfy any basis for reconsideration under Fed. R. Civ. P. 60(b).

Insofar as plaintiffs are complaining about the designation "Not for Electronic or Print Publication" on the court's April 23, 2007 order, the court informs plaintiffs that this designation refers solely to the fact that the court's order in this case raises no new issues of law such that it would be appropriate to publish the decision in electronic and print compendiums of legal decisions. The court's opinion and order is, of course, a public document.

Plaintiffs are instructed that the court has closed its file on their case and no additional submissions will be considered. If plaintiffs wish to contest the court's decision, plaintiffs should appeal to the Court of Appeals for the Second Circuit. To do so, plaintiffs should follow

the instructions in the appeals packet that has already been sent to them.

Accordingly, plaintiffs' request for reconsideration is DENIED.

SO ORDERED.

                                                /S/
                                     Allyne R. Ross
                                     United States District Judge

Dated: May 2, 2007
       Brooklyn, New York

SERVICE LIST:

    <u>*Pro Se* Plaintiffs</u>

    Sun-Ming Sheu
    45-14 158 Street
    Flushing, NY 11358

    Ming-Chien Hsu
    45-14 158 Street
    Flushing, NY 11358

    <u>Counsel for Defendant</u>

    Kara K. Lewis
    Lowenstein Sandler PC
    1251 Avenue Of The Americas, 18th Floor
    New York, NY 10020

cc:    Magistrate Judge Lois Bloom